# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 414 EAL 2014
:
                 Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
LESLIE KELSEY, :
:
                 Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.